UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| PASCUALE BERARDI, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE MARKET BASKET, INC. and JOHN DOES 1-10,<br><br>Defendants. | Civil Action No.: 2:17-cv-04711-SDW-LDW<br><br>**NOTICE OF JOINT MOTION FOR APPROVAL OF SETTLEMENT** |

**PLEASE TAKE NOTICE** that, upon the accompanying Letter in Support of the Joint Motion for Approval of Settlement, dated February 27, 2019, counsel for Defendant, The Market Basket, Inc., and counsel for Plaintiff, Pascuale Berardi, on the date and time to be set by the Court, will move before the Honorable Leda Dunn Wettre, United States Magistrate Judge, at the United States Courthouse, District of New Jersey, 50 Walnut Street, Newark, NJ 07101, for an Order granting approval of the proposed settlement agreement.

BY: s/ *Susan L. Nardone*
Susan L. Nardone
GIBBONS, P.C.
One Gateway Center
Newark, NJ 07102-5310
Telephone: 973-596-4487
snardone@gibbonslaw.com
*Attorneys for Defendant*

By: /s *Thomas A. McKinney*
Thomas A. McKinney
Castronovo & McKinney, LLC
71 Maple Avenue
Morristown, NJ 07960
*Attorneys for Plaintiff*